IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER STAMM, | |
| Plaintiff. | Case No. 3:21-cv-00869-JD-MGG |
| v. | Hon. Judge Jon E. DeGuilio |
| CETERIS PORTFOLIO SERVICES, LLC d/b/a SRA ASSOCIATES, | Hon. Judge Michael G. Gotsch, Sr. |
| Defendant. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS

Plaintiff, CHRISTOPHER STAMM ("Plaintiff"), through his undersigned counsel, hereby gives notice of the voluntary dismissal of this action. Plaintiff's claims against Defendant are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs and attorneys' fees.

DATED this 25th day of March, 2022.    Respectfully Submitted,

 */s/Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC
333 N. Michigan Ave., Suite 1300
Chicago, IL 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
teddy@consumerlawpartners.com

*Attorneys for Plaintiff, Christopher Stamm*

CERTIFICATE OF SERVICE

I hereby certify that, on March 25, 2022, I electronically filed the foregoing *Plaintiff's Notice of Voluntary Dismissal of Claims* with the Clerk of the District Court for the Northern District of Indiana using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF system.

*/s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC